Alan A. Greenberg (SBN 150827)
    Email: greenbergal@gtlaw.com
Michaele N. Turnage Young (SBN 247796)
    Email: turnageyoungm@gtlaw.com
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California  92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MELVIN H. McGAUGHY, an individual; MELVIN H. McGAUGHY, as trustee of the MELVIN H. McGAUGHY IRREVOCABLE TRUST; and PATRICIA G. ERICSON, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>HARRY S. DENT, JR., an individual,<br><br>      Defendant. | CASE NO.  SACV 11-01358-JVS (ANx)<br><br>**JUDGMENT** |

This action came on for hearing on July 23, 2012, the Hon. James V. Selna, United States District Judge presiding, on the Plaintiffs' motion for summary judgment.  After considering the moving, opposition, and reply papers, all declarations and exhibits submitted by the parties, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.	Plaintiffs' Motion for Summary Judgment is GRANTED.

2.	Plaintiff MELVIN H. McGAUGHY, an individual, shall have and recover from Defendant HARRY S. DENT, JR., an individual, the amount of $706,502.12.

3.	Plaintiff MELVIN H. McGAUGHY, as trustee of the Melvin H. McGaughy Irrevocable Trust, shall have and recover from Defendant HARRY S. DENT, JR., an individual, the amount of $234,240.06.

4.	Plaintiff PATRICIA G. ERICSON, an individual, shall have and recover from Defendant HARRY S. DENT, JR., an individual, the amount of $58,815.02.

5.	Plaintiffs are awarded their costs of suit and reasonable attorney fees.

DATED:  August 06, 2012

By: _____
Hon. James V. Selna
United States District Judge